CHESTER HAIR, Administrator, etc., Respondent, *v.* THE MUTUAL BENEFIT LIFE INSURANCE COMPANY, Appellant.

(Argued May 16, 1873; decided May 27, 1873.)

*Martin I. Townsend* for the appellant.

*Frank Hiscock* for the respondent.

All concur for reversal of order granting a new trial and for judgment against plaintiff on nonsuit.
No opinion.
Ordered accordingly.